## GARNETT v. OLIVER.

Court of Appeals of Kentucky.

(Decided October 28, 1932.)

MARCUS C. REDWINE and J. SMITH HAYS for appellant.

HARVEY T. LISLE and JAMES F. WINN for appellees.

PER CURIAM.

Appeal dismissed for want of jurisdiction on authority of Childers v. Ratliff, 164 Ky. 124, 175 S. W. 25; Hundley v. Baskett, 243 Ky. 383, 48 S. W. (2d) 537.

## WALKER v. STEVENS.

Court of Appeals of Kentucky.

(Decided October 28, 1932.)

H. M. CLINE for movant.

G. W. HATFIELD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## CAIN v. BRENARD MANUFACTURING COMPANY.

Court of Appeals of Kentucky.

(Decided November 29, 1932.)

H. M. CLINE for movant.

G. W. HATFIELD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.